IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| **LARRY RAYMOND BOWMAN,** | ) | | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00480 | |
| | ) | | |
| v. | ) | **DISMISSAL ORDER** | |
| | ) | | |
| **GERALD A. MCPEAK,** *et al*, | ) | By: | Norman K. Moon |
| Defendant(s). | ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __9th__ day of October, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE